IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03239-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

PAUL HUGGINS, Prophet Evangel Dr. Rev,

    Plaintiff,

v.

SUPREME COURT OF THE UNITES STATES,
PRESIDENT OF THE UNITED STATES,
UNITED STATES CONGRESS,
COLORADO DEPARTMENT OF CORRECTION [sic],
STATE OF COLORADO,
UNITED STATES ATTORNEY GENERAL,
UNITED STATES ATTORNEY, and
COLORADO SUPREME COURT,

    Defendants.

---

ORDER GRANTING PLAINTIFF LEAVE TO PROCEED
PURSUANT TO 28 U.S.C. § 1915

---

Plaintiff has filed *pro se* a Complaint, a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Motion to Amend.  The motion and affidavit indicate that Plaintiff should be granted leave to proceed pursuant to 28 U.S.C. § 1915 solely on the basis of inability to prepay fees or give security therefor.  Accordingly it is

ORDERED that the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (Doc. No. 2) is granted.  It is

FURTHER ORDERED that the court review the complaint pursuant to 28 U.S.C. § 1915(e)(2)(B) to determine if the complaint is frivolous or malicious, fails to state a

claim on which relief may be granted, or seeks monetary relief against a defendant who is immune from such relief.  It is

FURTHER ORDERED that the Motion to Amend (Doc. No. 3) is denied as unnecessary.  It is

FURTHER ORDERED that process shall not issue at this time.

DATED December 16, 2011, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge